IRENE F. HOPPER, Plaintiff, and HERMAN T. HOPPER, Appellant, *v.* COMFORT COAL-LUMBER COMPANY, INC., Respondent.

Submitted May 15, 1950; decided May 18, 1950.

*Richards W. Hannah* for motion.

*David H. Moses* opposed.

Motion to dismiss appeal, or, in the alternative, for a stay of argument, denied, without costs.